UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  2015-23035-KMW

GEORGE THOMAS,

Plaintiff,

v.

NCL (BAHAMAS), d/b/a
NORWEGIAN CRUISE LINE,

Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT**

COMES NOW, the Plaintiff, GEORGE THOMAS, by and through the undersigned counsel, hereby files this Plaintiff's Motion for Leave of Court to File Second Amended Complaint and in support thereof states as follows:

1. This is a negligence case wherein the Plaintiff, GEORGE THOMAS, suffered a slip-and-fall on an NCL (BAHAMAS) Ltd., vessel as a result of NCL (BAHAMAS), Ltd's, negligence.

2. Pursuant to Federal Rule of Civil Procedure 15(a), the Plaintiff, GEORGE THOMAS seeks leave of court to file his Second Amended Complaint [attached hereto as Exhibit 1] for two reasons.

3. First, through discovery the Plaintiff obtained CCTV video footage that shows that the Defendant likely had actual notice of the dangerous condition that caused

the Plaintiff's slip-and-fall. Thus, Plaintiff seeks to plead actual notice with more specificity based on the discovery obtained.

4. Second, the Plaintiff, GEORGE THOMAS, has a substantial claim for lost wages and loss of earnings, however, his First Amended Complaint [D.E. 10] did not include claims for lost wages or loss of earnings. Therefore, the Plaintiff, GEORGE THOMAS, seeks to amend the complaint to include these damages and perfect his pleadings prior to the Court's January 29, 2016 Pre-Trial Deadline to file motions to amend the pleadings.

5. In discovery, the Plaintiff, GEORGE THOMAS, provided significant information regarding lost wages and earnings to the Defendant. Therefore, the Defendant will suffer no prejudice as a result of the amendment.

6. The Parties have conferred about this Motion and the relief sought herein by telephone and e-mail and the Defendant has advised that it does not oppose the Plaintiff's Motion.

WHEREFORE, the Plaintiff, GEORGE THOMAS, respectfully requests that this Honorable Court enter an Order granting his Motion for Leave of Court to File Second Amended Complaint and for any other or further relief deemed just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 25, 2016 I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that electronic copies of this document will be disseminated to counsel of record by e-mail through CM/ECF.

**THE FLANAGAN LAW FIRM**
*Counsel for Plaintiff*
2100 Ponce de Leon Blvd.
Suite 1180
Coral Gables, Florida 33134
Tel: (305) 638 – 4143

      Fax: (305) 397 - 2636

      BY */s/ Michael T. Flanagan*
      Michael T. Flanagan, Esq.
      Fla. Bar. 0091072
      Primary E-mail:  mtf@Florida-Justice.com
      Secondary E-mail: mtfassistant@Florida-Justice.com